

RECEIVED
IN MONROE, LA

FEB 0 6 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 07-30040-02 |
|---|---|---|
| VERSUS | * | JUDGE JAMES |
| JUAN MANUAL ZAMORA, JR. | * | MAGISTRATE JUDGE HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Juan Manual Zamora, Jr., and adjudges him guilty of the offense charged in Count Two of the indictment against him.

THUS DONE AND SIGNED this  6  day of  February , 2008, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION